# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:13-cv-02425-AT
### Lowe et al v. Atlas Logistics Group Retail Services (Atlanta), LLC
### Honorable Amy Totenberg

Minute Sheet for proceedings held In Open Court on 06/19/2015.

TIME COURT COMMENCED: 9:09 A.M.
TIME COURT CONCLUDED: 6:41 P.M.   COURT REPORTER: Elise Evans
TIME IN COURT: 8:52   DEPUTY CLERK: Amy McConochie
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Amanda Farahany representing Dennis Reynolds<br>Amanda Farahany representing Jack Lowe<br>Dion Kohler representing Atlas Logistics Group Retail Services (Atlanta), LLC<br>Alison Loy representing Atlas Logistics Group Retail Services (Atlanta), LLC<br>Benjamin Stark representing Dennis Reynolds<br>Benjamin Stark representing Jack Lowe |
| OTHER(S) PRESENT: | Plaintiffs Jack Lowe and Dennis Reynolds, Greg Vick, Corporate Representative of Defendant, T. Sheldon, Vice President and General Counsel of Defendant |
| PROCEEDING CATEGORY: | Jury Trial Continued; |
| MINUTE TEXT: | Discussion was had regarding the identity of Defendant's corporate representative. Plaintiffs called Greg Vick to the stand; follow-up by both Defense and Plaintiffs. The parties stipulated re Defendant's employee handbook. Plaintiffs rested. Defendant orally moved for judgment as a matter of law that Atlas was not responsible for co-worker harassment because no proximate cause has been shown. Plaintiffs responded and the Court deferred ruling. Defendant orally moved for renewal of the portion of its summary judgment motion that the test conducted was not a genetic test under GINA. The Court indicated it has already ruled on this and will not reconsider its ruling. Plaintiffs moved to strike a defense witness that was in the courtroom during testimony; the motion was denied but the witness was removed from the courtroom. Defense witness Julie Howenstine sworn and testified; cross-exam by Plaintiffs, redirect by Defense, and follow-up by Plaintiffs. Defense witness Rick Johnson sworn and testified; cross-exam by Plaintiffs. Defense witness Christopher Reid |

sworn and testified; cross-exam by Plaintiffs. The jury was excused for lunch. Defendant's oral motion for judgment as a matter of law on the issue of punitive damages was taken under advisement. A short recess was had. Court resumed. Defense witness Don Hill sworn and testified; cross-exam by Plaintiffs, redirect by Defense; follow-up by Plaintiffs, and questioning from the Court. Defense called Greg Vick to the stand; examination by Plaintiffs. Defense rested. Jurors exused until 9:15 AM on Monday, June 22. Discussion was had regarding Defendant's Exhibit 25. Charge conference. Defense Exhibits 1, 3, 4, 5, 9, 17 admitted. Plaintiffs Exhibits 17, 29, 35 admitted.