IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| JACK LOWE AND DENNIS REYNOLDS, | ) ) ) | Civil Action No. |
| Plaintiffs, | ) ) ) | 1:13-cv-02425-AT |
| v. | ) ) ) | |
| ATLAS LOGISTICS GROUP RETAIL SERVICES (ATLANTA), LLC, | ) ) ) | |
| Defendant. | ) | |

## SATISFACTION OF JUDGMENT

**WHEREAS**, the Court entered judgments in favor of Plaintiffs on September 28, 2015 (Doc. 133) and May 18, 2016 (Doc. 166); and

**WHEREAS**, said Judgments have been fully and completely satisfied;

**THEREFORE**, satisfaction of the said Judgments is hereby acknowledged and Clerk of the Court is hereby authorized and directed to cancel and discharge the same.

**[Signature on next page]**

Respectfully submitted this 14th day of October, 2016.

                                    BARRETT & FARAHANY

                                    /s/ Benjamin A. Stark
                                    Benjamin A. Stark
                                    Georgia Bar No. 601867

1100 Peachtree Street N.E.
Suite 500
Atlanta, GA 30309
(404) 214-0120
(404) 214-0125 facsimile
bstark@justsiceatwork.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| JACK LOWE AND DENNIS REYNOLDS, | ) ) ) | Civil Action No. |
| Plaintiffs, | ) ) | 1:13-cv-02425-AT |
| v. | ) ) | |
| ATLAS LOGISTICS GROUP RETAIL SERVICES (ATLANTA), LLC, | ) ) ) ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

This is to certify that on October 14, 2016, I electronically filed the foregoing SATISFACTION OF JUDGMENT using the CM/ECF system which will automatically send email notification to all attorneys of record.

This 14th day of October, 2016

/s/ Benjamin A. Stark
Benjamin A. Stark
Georgia Bar No. 601867